| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Mattice, Harry S | 2. Court or Organization<br><br>U.S. District Court - EDTN | 3. Date of Report<br><br>7/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. ReportType (check appropriate type)<br><br>⦿ Nomination, Date 7/28/2005<br><br>◯ Initial ◯ Annual ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>6/30/2005 |
| 7. Chambers or Office Address<br><br>U.S. Attorney's Office<br>1110 Market Street, Suite 301<br>Chattanooga, TN 37402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Miller & Martin Profit Sharing Plan (former law firm - no control) |
| 2. | 2001 | Baker, Donelson, Bearman & Caldwell, P.C.<br>Retirement Savings Plan (fomer law firm - no control) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Associates in Communications Therapies, P.C. - Salary |
| 2. 2005 | Associates in Communications Therapies, P.C. - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | EXEMPT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mattice, Harry S | 7/29/2005 |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 7/29/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Morgan Stanley Active Assets Money Trust | A | Dividend | K | T | Exempt | | | | |
| 2. MS Global Advantage Fund B Mutal Fund | A | Dividend | J | T | | | | | |
| 3. AT&T Corporation (new) Common Stock | A | Dividend | J | T | | | | | |
| 4. Boeing Company Common Stock | A | Dividend | J | T | | | | | |
| 5. Charter Communication Corporation Class A Common Stock | A | Dividend | J | T | | | | | |
| 6. Comcast Corp. (new) Class A Common Stock | A | Dividend | J | T | | | | | |
| 7. Hewlett Packard Corporation Common Stock | A | Dividend | J | T | | | | | |
| 8. Lockheed Martin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. Microsoft Corporation Common Stock | A | Dividend | J | T | | | | | |
| 10. Morgan Stanley & Company Common Stock | A | Dividend | J | T | | | | | |
| 11. Pfizer, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 12. MSDW Dividend Growth Securities Fund B | A | Dividend | J | T | | | | | |
| 13. Templeton Global Opportunity Fund A | A | Dividend | J | T | | | | | |
| 14. MS American Opportunities Fund B | A | Dividend | J | T | | | | | |
| 15. MSDW U.S. Government Money Market Trust | A | Interest | J | T | | | | | |
| 16. IRA: MSDW S&P 500 Index Fund B | A | None | J | T | | | | | |
| 17. Miller & Martin Profit Sharing (widely held & diversified) | A | None | N | T | | | | | |
| 18. Mass Mutual Life Insurance Whole Life (2) | C | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S | 7/29/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Northwestern Mutual Life Variable Comp Life Agg Growth & Ind | A | None | L | T | Exempt | | | | |
| 20. Baker, Donelson, Bearman & Caldwell 401(k) Retire MSF Fxd Fd | A | None | J | T | | | | | |
| 21. Trust #1: | | | | T | | | | | |
| 22. SunTrust TN Reserve Fund M/M | A | Interest | K | T | | | | | |
| 23. United States Treasury Notes (2) | B | Interest | K | T | | | | | |
| 24. SunTrust Investments Classic Fnd Intl Eqty-Index Trust Share | A | Dividend | L | T | | | | | |
| 25. SunTrust Investments Classic Fnd-Small Cap Grth Trust Shares | A | Dividend | L | T | | | | | |
| 26. SunTrust Investments Classic Fnd-Capital App Trust Shares | A | Dividend | K | T | | | | | |
| 27. SunTrust Investments Classid Fnd-Mid Cap Equity Trust Shares | A | Dividend | K | T | | | | | |
| 28. SunTrust Investment Classic Fnd-Value Income Trust Shares | A | Dividend | L | T | | | | | |
| 29. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Par III. A. Non-Investment Income. All income earned during reporting period was salary as employee of U.S. Government.

Part VII. Investments and Trusts. Trust Assets listed as numbers 22 - 28 are a part of an Irrevocable Insurance Trust created by deceased family member.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mattice, Harry S | 7/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___7/29/05____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 4 | 500 | 00 | Notes payable to banks-secured | | -0- | |
| U.S. Government securities-add schedule | | -0- | | Notes payable to banks-unsecured | | -0- | |
| Listed securities-add schedule | 16 | 631 | 56 | Notes payable to relatives | | -0- | |
| Unlisted securities--add schedule | 75 | 473 | 65 | Notes payable to others | | -0- | |
| Accounts and notes receivable: | | | | Accounts and bills due | 5 | 000 | 00 |
| Due from relatives and friends | | -0- | | Unpaid income tax | | -0- | |
| Due from others | | -0- | | Other unpaid income and interest | | -0- | |
| Doubtful | | -0- | | Real estate mortgages payable-add schedule | 91 | 014 | 81 |
| Real estate owned-add schedule | 211 | 300 | 00 | Chattel mortgages and other liens payable | | -0- | |
| Real estate mortgages receivable | | -0- | | Other debts-itemize: | | | |
| Autos and other personal property | 75 | 000 | 00 | | | | |
| Cash value-life insurance | 103 | 750 | 84 | | | | |
| Other assets itemize: | | | | | | | |
| 401(k) Plan | 496 | 386 | 18 | | | | |
| Retirement Savings Plan | 5 | 307 | 40 | | | | |
| TSP Plan | 23 | 454 | 11 | Total liabilities | 96 | 014 | 81 |
| | | | | Net Worth | 915 | 788 | 93 |
| Total Assets | 1,011 | 803 | 74 | Total liabilities and net worth | 1,011 | 803 | 74 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | None | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | None | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | None | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | None | | | | | |
| Other special debt | | None | | | | | |

19

## SCHEDULE OF LISTED SECURITIES:

| | |
|---|---|
| AT&T Corporation (new) Common Stock | $281.25 |
| Boeing Company Common Stock | $2,923.00 |
| Charter Communication Corporation Class A Common Stock | $160.00 |
| Comcast Corp. (new) Class A Common Stock | $810.72 |
| Hewlett-Packard Corp. Common Stock | $2,764.44 |
| Lockheed Martin Corp. Common Stock | $2,442.40 |
| Microsoft Corp. Common Stock | $2,417.00 |
| Morgan Stanley & Co. Common Stock | $2,862.50 |
| Pfizer, Inc. Common Stock | $1,970.25 |
| **TOTAL** | $16,631.56 |

## SCHEDULE OF UNLISTED SECURITIES:

| | |
|---|---|
| Morgan Stanley Active Assets Money Trust | $33,904.63 |
| MSDW Global Advantage Fund B | $1,007.49 |
| MSDW Dividend Growth Fund B | $14,103.17 |
| Templeton Global Opportunity Fund A | $11,022.22 |
| MSDW U.S. Government Money Market Trust | $12,633.47 |
| MSDW S&P 500 Index Fund B | $1,911.93 |
| Sears Mortgage Sec. 1984 - 1D | $32.88 |
| MSDW Liquid Asset Exchange Fund B | $211.37 |
| MSDW American Opportunities Fund B | $646.49 |
| **TOTAL** | $75,473.65 |